UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TINA HARRIS, as next friend of
L.H., a minor,

        Case No. 5:05-CV-158

    Plaintiff,

v.        Hon. Richard Alan Enslen

CITY OF CADILLAC and
KAREN GREGG,

        **ORDER**

    Defendants.
_____/

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Defendants City of Cadillac and Karen Gregg's Motion for Summary Judgment (Dkt. No. 40) is **DENIED**.

Dated in Kalamazoo, MI:        /s/Richard Alan Enslen
March 19, 2007        Richard Alan Enslen
        Senior United States District Judge